PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*^
RYAN BYRNES*
BARBARA G. CARNEVALE*
LAINA BORIS*†
BLAINE PAYER
JASON H. KRAMER

*  ALSO ADMITTED IN NEW JERSEY
†  ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

_____

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

July 8, 2024

Our File: 97-24/MJD

Via ECF
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *Petredec Global Shipping Pte Ltd. v. Vitol Inc.*
      24 Civ. 2676-KPF
-------------------------------------------------------------------------------------

Dear Judge Failla,

Our firm represents Plaintiff Petredec Global Shipping Pte Ltd. ("Petredec") in this matter. We write in accordance with Section 2(C)(i) of Your Honor's Individual Rules of Practice to request an adjournment of the Initial Pretrial Conference scheduled for Friday, July 12th at 11:00 am.

In the time since this action was commenced, the parties have been engaged in commercial discussions with the goal of attempting to reach a resolution of the matter without further litigation. These discussions have remained ongoing, and in an effort to allow these discussions to progress Petredec has temporarily held off on effecting formal service of process on Defendant Vitol Inc. ("Vitol"). However, Petredec has now arranged to formally serve Vitol in order to comply with the July 9th deadline required under Rule 4 of the Federal Rules of Civil Procedure.

While Vitol will have been formally served with the Summons and Complaint in this matter no later than tomorrow, July 9th, it will not be required to Answer or otherwise appear in the action until roughly 2 weeks after the Initial Pre-Trial Conference scheduled for July 12th at 11:00 am. Petredec thus respectfully requests an adjournment of the Initial Pre-Trial Conference in order to allow sufficient time for Vitol to first appear in the action, and also to allow additional time for the parties to continue their without prejudice commercial discussions regarding a possible resolution of the matter.

614081.1

    This is the first request for an adjournment of this conference. We previously reached out to in-house counsel for Vitol on July 3rd to ask if they would consent to the requested adjournment, but have yet to receive a response. We have refrained out of courtesy from following-up with in-house counsel for Vitol today because of the impact of Hurricane Beryl in Houston, where Vitol is headquartered.

    We thank the Court for its attention to this matter.

> Respectfully submitted,
> FREEHILL HOGAN & MAHAR LLP
>
> /s/ Michael J. Dehart
>
> Michael J. Dehart

```
Application GRANTED.  The Court wishes Defendant well in the aftermath
of Hurricane Beryl.  The Initial Pretrial Conference scheduled for July
12, 2024, is hereby ADJOURNED to August 15, 2024, at 10:00 a.m.  As
before, the conference will be telephonic, and the dial-in information
is as follows:  At the scheduled date and time, the parties are to call
(888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at
docket entry 6.

Dated:    July 9, 2024            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

614081.1    FREEHILL HOGAN & MAHAR LLP