PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.⬦
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*⬠
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†⬦
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*⬠
RYAN BYRNES*
BARBARA G. CARNEVALE*
LAINA BORIS*†
BLAINE PAYER
JASON H. KRAMER

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
⬠ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN PENNSYLVANIA
⬦ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

August 13, 2024

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

_____

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

Our File:  97-24/MJD

Via ECF
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



MEMO ENDORSED

Re:    *Petredec Global Shipping Pte Ltd. v. Vitol Inc.*
       24 Civ. 2676-KPF
       ------------------------------------------------------------------------------

Dear Judge Failla,

Our firm represents Plaintiff Petredec Global Shipping Pte Ltd. ("Petredec") in this matter. We write on a joint basis with counsel for Defendant Vitol, Inc. ("Vitol") in accordance with Section 2(C)(i) of Your Honor's Individual Rules of Practice to request an adjournment *sine die* of the Initial Pretrial Conference scheduled for Thursday, August 15th.

The Parties have agreed to a discovery schedule in this matter and have submitted a Proposed Case Management Plan in accordance with the Court's Notice of Initial Pretrial Conference. (Dkt. 13). At this time, the Parties do not foresee any issues with respect to discovery in this matter, and as such do not believe it is necessary to hold an Initial Pretrial Conference and instead ask that the Court permit the Parties to proceed directly to discovery.

This is the second request for an adjournment of this conference. The first request was granted and adjourned the Initial Pretrial Conference from July 12th to August 15th. (Dkt. 8). We have conferred with counsel for Vitol, who consents to this request for the same reasons set forth above.

In conjunction with request for an adjournment of the Initial Pretrial Conference, the Parties also respectfully request that they be permitted to inform the Court as to whether they believe the case is suitable for referral to a Magistrate Judge for a Settlement Conference in 30 days. As noted in Section 12 of the Parties' Proposed Case Management Plan, the Parties are of the current view that this case would likely be suitable for referral to a Magistrate Judge for a

Settlement Conference within 60 days. In this regard, the Parties remain engaged in a without prejudice exchange of documents concerning this matter and anticipate that further exchanges of documents which will hopefully assist in a resolution should be completed shortly. As such, the Parties respectfully request that they be permitted to inform the Court in 30 days as to whether they believe the case is in a posture in which a Settlement Conference would be beneficial.

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

/s/ Michael J. Dehart

Michael J. Dehart

The Court is in receipt of the parties' joint letters (Dkts. #12, 14), as well as the parties' proposed case management plan (Dkt. #13), filed in anticipation of the initial pre-trial conference currently scheduled for August 15, 2024.  The Court will endorse the parties' proposed case management plan under separate cover.

The Court understands from the above letter that the parties wish to update the Court in 30 days as to whether they wish to be referred to a Magistrate Judge for a settlement conference.  Accordingly, the parties are instructed to file a joint letter on or before **September 13, 2024,** as to whether they wish to be referred.

Further, the initial pre-trial conference currently scheduled for August 15, 2024, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Date:    August 14, 2024
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2