UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETREDEC GLOBAL SHIPPING PTE LTD., <br><br>                            Plaintiff, <br><br>              v. <br><br>VITOL INC., <br><br>                            Defendant. | 24-CV-02676 (JAV) <br><br>**NOTICE OF REASSIGNMENT** <br>**AND PRETRIAL CONFERENCE** |

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Counsel for all parties shall appear for a pretrial conference with the Court on **April 17, 2025 at 10:00am**. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The conference previously scheduled for **February 25, 2025**, is adjourned. Except as otherwise stated herein, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

      The parties are hereby ORDERED to submit a Post-Fact Discovery Joint Status Letter as required by Section 8(d) of the Court's Individual Rules and Practices in Civil Cases by no later than **February 25, 2025**. The parties are FURTHER ORDERED to submit a Post-Expert Discovery Joint Status Letter by no later than **April 3, 2025**, as required by Section 8(e) of the

Court's Individual Rules and Practices in Civil Cases. Any open legal issues can be addressed at the conference.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php. Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

Dated: January 2, 2025
      New York, New York

                                          _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge